# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:21-cv-00291-JAM

| | |
|---|---|
| Connecticut Children's Medical Center et al v. Continental Casualty Company et al | Date Filed: 03/05/2021 |
| Assigned to: Judge Jeffrey A. Meyer | Date Terminated: 01/21/2022 |
| Cause: 28:1332 Diversity-Insurance Contract | Jury Demand: Plaintiff |
| | Nature of Suit: 110 Insurance |
| | Jurisdiction: Diversity |

**Plaintiff**

**Connecticut Children's Medical Center**    represented by    **Calum B. Anderson**
Danaher Lagnese & Neal, P.C.
Capitol Place
21 Oak Street, Suite 700
Hartford, CT 06106
860-247-3666
Fax: 860-547-1321
Email: canderson@danaherlagnese.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Cornelius Danaher , Jr.**
Danaher Lagnese & Neal, P.C.
Capitol Place
21 Oak Street, Suite 700
Hartford, CT 06106
860-247-3666
Fax: 860-547-1321
Email: ndanaher@danaherlagnese.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas John Plumridge**
Danaher Lagnese, PC
21 Oak Street, Suite 700
Hartford, CT 06106
860-247-3666
Fax: 860-547-1321
Email: tplumridge@danaherlagnese.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allan Kanner**
Kanner and Whiteley, L.L.C.
701 Camp Street
New Orleans
New Orleans, LA 70130
504-524-5777

Email: a.kanner@kanner-law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

|  |  |  |
|---|---|---|
| **Connecticut Children's Specialty Group, Inc.** | represented by | **Calum B. Anderson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **R. Cornelius Danaher , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Thomas John Plumridge**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Allan Kanner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

|  |  |  |
|---|---|---|
| **Continental Casualty Company** | represented by | **Sanjit S Shah**<br>Mound Cotton Wollan & Greengrass LLP<br>One New York Plaza<br>10004<br>New York, NY 10004<br>212-804-4200<br>Email: sshah@moundcotton.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Jodi Tesser**<br>Mound, Cotton, Wollan & Greengrass<br>One New York Plaza<br>44th floor<br>New York, NY 10004<br>212-804-4525<br>Fax: 212-344-8066<br>Email: jtesser@moundcotton.com<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Kevin Buckley**<br>Mound Cotton Wollan & Greengrass LLP<br>One New York Plaza<br>10004<br>New York, NY 10004<br>212-804-4200 |

        Email: kbuckley@moundcotton.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**CNA Financial Corporation**　　　represented by　**Sanjit S Shah**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jodi Tesser**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Kevin Buckley**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2021 | 1 | COMPLAINT against CNA Financial Corporation, Continental Casualty Company ( Filing fee $402 receipt number ACTDC-6422518.), filed by Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit Civil Cover Sheet)(Danaher, R.) (Entered: 03/05/2021) |
| 03/05/2021 | 2 | Corporate Disclosure Statement by Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc.. (Danaher, R.) (Entered: 03/05/2021) |
| 03/05/2021 |  | Request for Clerk to issue summons as to All Defendants. (Danaher, R.) (Entered: 03/05/2021) |
| 03/05/2021 | 3 | NOTICE of Appearance by Calum B. Anderson on behalf of Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc. (Anderson, Calum) (Entered: 03/05/2021) |
| 03/05/2021 | 4 | NOTICE of Appearance by Thomas John Plumridge on behalf of Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc. (Plumridge, Thomas) (Entered: 03/05/2021) |
| 03/05/2021 |  | Judge Jeffrey A. Meyer added. (Nuzzi, Tiffany) (Entered: 03/05/2021) |
| 03/05/2021 | 5 | Order on Pretrial Deadlines: Amended Pleadings due by 5/4/2021 Discovery due by 9/4/2021 Dispositive Motions due by 10/9/2021<br>Signed by Clerk on 3/5/2021.(Freberg, B) (Entered: 03/08/2021) |
| 03/05/2021 | 6 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Jeffrey A. Meyer on 3/5/2021.(Freberg, B) (Entered: 03/08/2021) |
| 03/05/2021 | 7 | STANDING PROTECTIVE ORDER<br>Signed by Judge Jeffrey A. Meyer on 3/5/2021.(Freberg, B) (Entered: 03/08/2021) |
| 03/08/2021 | 8 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 5 Order on Pretrial Deadlines, 1 Complaint, filed by Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc., 7 Protective Order, 6 Electronic Filing Order, 4 Notice of Appearance filed by Connecticut Children's Medical Center, Connecticut Children's |

|            |    |                                                                                                                                                                                                                                                                                                                                                                        |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Specialty Group, Inc., 2 Corporate Disclosure Statement filed by Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc., 3 Notice of Appearance filed by Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc. Signed by Clerk on 3/8/2021.(Freberg, B) (Entered: 03/08/2021)                              |
| 03/08/2021 | 9  | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *CNA Financial Corporation, Continental Casualty Company* with answer to complaint due within *21* days. Attorney *R. Cornelius Danaher, Jr.* *Danaher, Lagnese & Neal, P.C.* *Capitol Place, 21 Oak Street, Suite 700* *Hartford, CT 06106*. (Freberg, B) (Entered: 03/08/2021)         |
| 03/16/2021 | 10 | AFFIDAVIT of Service for Summons, Complaint and Document Nos. 1-9 served on Continental Casualty Company and CNA Financial Corporation on 03/11/2021, filed by Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc.. (Danaher, R.) (Entered: 03/16/2021)                                                                               |
| 03/16/2021 | 11 | NOTICE of Appearance by Allan Kanner on behalf of Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc. (Kanner, Allan) (Entered: 03/16/2021)                                                                                                                                                                                            |
| 03/24/2021 | 12 | NOTICE of Appearance by Sanjit S Shah on behalf of CNA Financial Corporation, Continental Casualty Company (Shah, Sanjit) (Entered: 03/24/2021)                                                                                                                                                                                                                        |
| 03/24/2021 | 13 | MOTION for Attorney(s) Kevin F. Buckley to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6444717) by CNA Financial Corporation, Continental Casualty Company. (Attachments: # 1 Affidavit Kevin F. Buckley, # 2 Certificate of Good Standing)(Shah, Sanjit) (Entered: 03/24/2021)                                                                  |
| 03/24/2021 |    | Set Deadlines: Rule 26 Meeting Report due by 5/10/2021. (Gutierrez, Y.) (Entered: 03/29/2021)                                                                                                                                                                                                                                                                          |
| 03/25/2021 | 14 | Consent MOTION for Extension of Time until April 15, 2021 Defendants' time to answer or move with respect to the Complaint 1 Complaint, by CNA Financial Corporation, Continental Casualty Company. (Attachments: # 1 Text of Proposed Order)(Shah, Sanjit) (Entered: 03/25/2021)                                                                                      |
| 03/26/2021 | 15 | ORDER granting 13 Motion to Appear Pro Hac Vice. Signed by Clerk on 3/26/2021. (Freberg, B) (Entered: 03/26/2021)                                                                                                                                                                                                                                                      |
| 03/26/2021 | 16 | ORDER granting 14 Consent MOTION for Extension of Time until April 15, 2021 to answer or move with respect to the 1 Complaint. Signed by Judge Jeffrey A. Meyer on 3/26/2021. (Freberg, B) (Entered: 03/26/2021)                                                                                                                                                       |
| 03/26/2021 |    | Answer deadline updated for CNA Financial Corporation to 4/15/2021; Continental Casualty Company to 4/15/2021. (Freberg, B) (Entered: 03/26/2021)                                                                                                                                                                                                                      |
| 03/29/2021 | 17 | NOTICE of Appearance by Kevin Buckley on behalf of CNA Financial Corporation, Continental Casualty Company (Buckley, Kevin) (Entered: 03/29/2021)                                                                                                                                                                                                                      |
| 03/30/2021 | 18 | Supplemental AFFIDAVIT of Service for Summons Complaint and Exhibits served on CNA Financial Corporation on 03/16/2021, filed by Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc.. (Danaher, R.) (Entered: 03/30/2021)                                                                                                              |
| 04/12/2021 | 19 | Corporate Disclosure Statement by CNA Financial Corporation, Continental Casualty Company identifying Corporate Parent The Continental Corporation, Corporate Parent CNA Financial Corporation, Corporate Parent Loews Corporation for CNA Financial Corporation, Continental Casualty Company. (Shah, Sanjit) (Entered: 04/12/2021)                                  |

| | | |
|---|---|---|
| 04/15/2021 | 20 | MOTION to Dismiss by CNA Financial Corporation, Continental Casualty Company.Responses due by 5/6/2021 (Attachments: # 1 Affidavit Kevin F. Buckley, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Memorandum in Support, # 7 Affidavit Certification of Service)(Buckley, Kevin) (Entered: 04/15/2021) |
| 05/03/2021 | 21 | Consent MOTION for Extension of Time until May 13, 2021 and June 3, 2021 File opposition and reply briefs 20 MOTION to Dismiss by CNA Financial Corporation, Continental Casualty Company. (Attachments: # 1 Text of Proposed Order)(Shah, Sanjit) (Entered: 05/03/2021) |
| 05/04/2021 | 22 | ORDER granting 21 Consent MOTION for Extension of Time until May 13, 2021 and June 3, 2021 to file opposition and reply briefs re 20 MOTION to Dismiss . Signed by Judge Jeffrey A. Meyer on 5/4/2021. (Freberg, B) (Entered: 05/04/2021) |
| 05/04/2021 | 23 | Reset Deadlines as to 20 MOTION to Dismiss. Responses due by 5/13/2021; Replies due 6/3/2021. (Freberg, B) (Entered: 05/04/2021) |
| 05/05/2021 | 24 | MOTION for Summary Judgment *Motion for Partial Summary Judgment as to Liability Only* by Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc..Responses due by 5/26/2021 (Attachments: # 1 Memorandum in Support, # 2 Statement of Material Facts, # 3 Exhibit A, # 4 Exhibit A-1, # 5 Exhibit A-2, # 6 Exhibit B, # 7 Exhibit B-1, # 8 Exhibit B-2, # 9 Exhibit B-3, # 10 Exhibit B-4, # 11 Exhibit B-5, # 12 Exhibit C, # 13 Exhibit D, # 14 Exhibit E, # 15 Exhibit F, # 16 Exhibit G, # 17 Exhibit H, # 18 Exhibit I, # 19 Exhibit J, # 20 Exhibit K, # 21 Exhibit L, # 22 Exhibit M, # 23 Exhibit N, # 24 Exhibit O, # 25 Exhibit P, # 26 Exhibit Q, # 27 Exhibit R, # 28 Exhibit S, # 29 Appendix of Unreported Cases)(Danaher, R.) (Entered: 05/05/2021) |
| 05/10/2021 | 25 | Joint REPORT of Rule 26(f) Planning Meeting. (Danaher, R.) (Entered: 05/10/2021) |
| 05/11/2021 | | CALENDAR NOTICE regarding hearing via Zoom: <br><br>Scheduling Conference set for 5/19/2021 at 2:00 PM will be conducted via Zoom. <br><br>For the duration of the COVID-19 pandemic, Judge Meyer conducts all civil case hearings exclusively by Zoom video/audio or by means of an audio teleconference. Any member of the public may observe the hearing by means of video or audio. For video hearings, the Court uses the Zoom video/audio platform, and the access information is set forth below and also appears on the Court's "Court Calendars" webpage, https://www.ctd.uscourts.gov/court_calendars. The Zoom platform allows a person to click a link for video access or to call in to a telephone number for audio-only access to the video hearing. <br><br>The video link is https://www.zoomgov.com/j/1616819725?pwd=MU14clFrSWRoUnltVlBWSFJLc2V3QT09 and call in number is +16468287666,,1616819725#,,,,*120818#. <br><br>Meeting ID: 161 681 9725 <br><br>Meeting Password: 120818 <br><br>Federal law prohibits any electronic recording or rebroadcasting of a federal court hearing. No person may engage in any recording or rebroadcasting of any part of a Zoom video/audio hearing including by means of using their computer or any other device to video-record or audio-record any part of the hearing or to take photographs or screenshots of the hearing. A violation may result in court sanctions or criminal prosecution. |

| | | |
|---|---|---|
| | | (Gutierrez, Y.) (Entered: 05/11/2021) |
| 05/11/2021 | | Set Hearings: Scheduling Conference set for 5/19/2021 at 2:00 PM will be conducted via Zoom. (Gutierrez, Y.) (Entered: 05/11/2021) |
| 05/13/2021 | 26 | Memorandum in Opposition re 20 MOTION to Dismiss filed by Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc.. (Attachments: # 1 Appendix Appendix)(Danaher, R.) (Entered: 05/13/2021) |
| 05/19/2021 | 31 | Minute Entry for proceedings held before Judge Jeffrey A. Meyer: Scheduling Conference held on 5/19/2021 via Zoom. Total Time: 16 minutes(Court Reporter D. Huntington.) (Pesta, J.) (Entered: 06/01/2021) |
| 05/20/2021 | 27 | SCHEDULING ORDER. In accordance with yesterday's scheduling conference with counsel, the Court will hear oral argument on both defendants' motion to dismiss (Doc. # 20 ) and plaintiffs' motion for partial summary judgment (Doc. # 24 ) on **June 23, 2021 at 3:00pm** via Zoom. Discovery will be stayed until June 23, 2021. It is so ordered. Signed by Judge Jeffrey A. Meyer on 05/20/21. (Martinez, C.) (Entered: 05/20/2021) |
| 05/26/2021 | 28 | Memorandum in Opposition re 24 MOTION for Summary Judgment *Motion for Partial Summary Judgment as to Liability Only* filed by CNA Financial Corporation, Continental Casualty Company. (Attachments: # 1 Affidavit Kevin F. Buckley, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Affidavit Certification of Service, # 9 Statement of Material Facts, # 10 Exhibit 1, # 11 Exhibit 2, # 12 Exhibit 3, # 13 Exhibit 4)(Buckley, Kevin) (Entered: 05/26/2021) |
| 05/27/2021 | 29 | TRANSCRIPT of Proceedings: Type of Hearing: Video Scheduling Conference. Held on May 19, 2021 before Judge Jeffrey Alker Meyer. Court Reporter: Diana Huntington. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/17/2021. Redacted Transcript Deadline set for 6/27/2021. Release of Transcript Restriction set for 8/25/2021. (Huntington, D.) (Entered: 05/27/2021) |
| 05/28/2021 | 30 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>Oral argument on 20 Motion to Dismiss and 24 Motion for Partial Summary Judgment is set for 6/23/2021 at 3:00 p.m. in Courtroom Three, 141 Church St., New Haven, CT before Judge Jeffrey A. Meyer.<br><br>For cases involving parties who are represented by counsel, Judge Meyer ordinarily expects that the parties themselves will be present for hearings on any dispositive motions (i.e., motions to dismiss and for summary judgment). If an individual party (or party representative in the case of a company/entity party) is not present, Judge Meyer will inquire of counsel why the party or party representative has chosen not to attend the hearing and may require the filing of a signed waiver of presence with a statement of reasons. If the argument is scheduled to proceed in full or in part by means of a video |

| | | |
|---|---|---|
| | | link, then the parties or party representatives are welcome to attend the argument by video.(Barry, Donna) (Entered: 05/29/2021) |
| 06/03/2021 | 32 | REPLY to Response to 20 MOTION to Dismiss filed by CNA Financial Corporation, Continental Casualty Company. (Attachments: # 1 Affidavit Kevin F.uckley, # 2 Exhibit 1, # 3 Affidavit Certification of service)(Buckley, Kevin) (Entered: 06/03/2021) |
| 06/09/2021 | 33 | REPLY to Response to 24 MOTION for Summary Judgment *Motion for Partial Summary Judgment as to Liability Only* filed by Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Danaher, R.) (Entered: 06/09/2021) |
| 06/17/2021 | 34 | RESPONSE re 28 Memorandum in Opposition to Motion,, *Response to Defendants' Statement of Additional Material Facts* filed by Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc.. (Danaher, R.) (Entered: 06/17/2021) |
| 06/23/2021 | 35 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>*Change of venue only* - The oral argument on 20 Motion to Dismiss and 24 Motion for Partial Summary Judgment set for 6/23/2021 at 3:00 p.m. before Judge Jeffrey A. Meyer will be conducted *via Zoom*, not in person. (Barry, Donna) (Entered: 06/23/2021) |
| 06/23/2021 | | NOTICE regarding hearing via Zoom:<br>The oral argument scheduled for 06/23/21 at 3:00 p.m. will be conducted via Zoom. The parties themselves, all counsel, as well as members of the public, are invited to use the following information to participate in and observe this Zoom proceeding.<br><br>Video link: https://www.zoomgov.com/j/1611513295?pwd=Yi92cFBnZnpQdlh1ZGNjenRkMEtJQT09<br>Call in number: 1-646-828-7666<br>Meeting ID: 161 151 3295<br>Meeting Password: 843088<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Barry, Donna) (Entered: 06/23/2021) |
| 06/23/2021 | 36 | Minute Entry for Proceedings held before Judge Jeffrey A. Meyer:<br>Oral argument held on 6/23/2021<br>20 Motion to Dismiss and 24 Motion for Partial Summary Judgment were taken under advisement.<br>Total Time: 1 hour and 11 minutes (Court Reporter Diana Huntington) (Barry, Donna) (Entered: 06/23/2021) |
| 07/08/2021 | 37 | NOTICE of Appearance by Jodi Tesser on behalf of CNA Financial Corporation, Continental Casualty Company (Tesser, Jodi) (Entered: 07/08/2021) |
| 07/12/2021 | 38 | TRANSCRIPT of Proceedings: Type of Hearing: Video Motions Hearing. Held on June 23, 2021 before Judge Jeffrey Alker Meyer. Court Reporter: Diana Huntington. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of |

| | | |
|---|---|---|
| | | this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 8/2/2021. Redacted Transcript Deadline set for 8/12/2021. Release of Transcript Restriction set for 10/10/2021. (Huntington, D.) (Entered: 07/12/2021) |
| 07/23/2021 | 39 | NOTICE by CNA Financial Corporation, Continental Casualty Company *OF SUPPLEMENTAL AUTHORITY* (Buckley, Kevin) (Entered: 07/23/2021) |
| 07/26/2021 | 40 | RESPONSE re 39 Notice (Other) *Defendants' Notice of Additional Authority* filed by Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc.. (Danaher, R.) (Entered: 07/26/2021) |
| 08/18/2021 | 41 | NOTICE by CNA Financial Corporation, Continental Casualty Company *of Supplemental Authority* (Buckley, Kevin) (Entered: 08/18/2021) |
| 08/20/2021 | 42 | NOTICE by Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc. re 26 Memorandum in Opposition to Motion, 20 MOTION to Dismiss *Notice of Additional Authority* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Danaher, R.) (Entered: 08/20/2021) |
| 01/19/2022 | 43 | ORDER granting 20 Motion to Dismiss. In light of the Court's order dismissing the complaint, the Court DENIES as moot 24 the plaintiffs' motion for summary judgment. Because it appears that granting leave to amend would be futile and because the plaintiffs have not asked for leave to amend, this order of dismissal is with prejudice (absent a further motion to reopen and for leave to amend). The Clerk of Court shall close this case. It is so ordered. Signed by Judge Jeffrey A. Meyer on 1/19/22. (Brooks, E.) (Entered: 01/19/2022) |
| 01/21/2022 | 44 | JUDGMENT entered in favor of defendants CNA Financial Corporation and Continental Casualty Company and against plaintiffs Connecticut Children's Medical Center and Connecticut Children's Specialty Group, Inc.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms<br>Signed by Clerk on 1/21/22.(Barry, Donna) (Entered: 01/21/2022) |
| 01/21/2022 | | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey<br>(Barry, Donna) (Entered: 01/21/2022) |
| 02/16/2022 | 45 | NOTICE OF APPEAL as to 44 Judgment, by Connecticut Children's Medical Center, Connecticut Children's Specialty Group, Inc.. Filing fee $ 505, receipt number BCTDC-6834447. (Danaher, R.) (Entered: 02/16/2022) |